IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JORGE MATA MERCADO,**<br>    Petitioner,<br><br>v.<br><br>**J.L. JAMISON, JOHN RIFE, TODD LYONS, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY, PAMELA BONDI,**<br>    Respondents. | CIVIL ACTION<br><br><br><br>NO.  26-1455 |

## O R D E R

**AND NOW**, this 10th day of March, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) and Motion for Temporary Restraining Order (ECF No. 2), it is hereby **ORDERED** as follows:

1. Respondents shall **NOT TRANSFER** Petitioner from the Eastern District of Pennsylvania without further order of the Court.

2. Respondents shall file and serve a response on or before **March 12, 2026**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
    HODGE, KELLEY B., J.