IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JORGE MATA MERCADO,**<br>　　　　　Petitioner,<br><br>　　　v.<br><br>**J.L. JAMISON, JOHN RIFE, TODD LYONS, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY, PAMELA BONDI,**<br>　　　　　Respondents. | CIVIL ACTION<br><br><br><br>NO.  26-1455 |

**O R D E R**

**AND NOW**, this 12th day of March, 2026, upon consideration of Jorge Mata Mercado's Petition for Writ of Habeas Corpus (ECF No. 1 (the "Petition")) and the Government's opposition thereto (ECF No. 5), as well as Petitioner's Motion for Temporary Restraining Order (ECF No. 2), for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** as follows:

1. The Petition is **GRANTED.** The Government shall **RELEASE** Petitioner from custody immediately and file an entry on the docket certifying compliance with this Order **no later than 5:00 p.m. on March 13, 2026.**

2. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2). Instead, Petitioner is subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

3. The Government is temporarily enjoined from re-detaining Petitioner until **March 20, 2026.**

2

4. If the Government decides to pursue re-detention of Petitioner after March 20, 2026, it must first provide him with a bond hearing by an Immigration Judge pursuant to 8 U.S.C. § 1226(a).

5. The Government may not remove, transfer, or otherwise facilitate the removal of Petitioner from the Commonwealth of Pennsylvania before the ordered bond hearing. If the Immigration Judge determines at the bond hearing that Petitioner is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from this Court to move Petitioner if unforeseen or emergency circumstances so require.

6. Mr. Mata Mercado's Motion for Temporary Restraining Order (ECF No. 2) is **DENIED AS MOOT.**

                                                **BY THE COURT:**

                                                /s/ Hon. Kelley B. Hodge

                                                **HODGE, KELLEY B., J.**