**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JORGE MATA MERCADO,

*Petitioner*,

v.

J.L. JAMISON, et al.,

*Respondents*.

Civil Action No. 26-1455

**RESPONSE, STIPULATION, & ORDER**

Petitioner is non-citizen who has been detained by immigration authorities and filed this action for a writ of habeas corpus on March 6, 2026 (Doc. No. 1). The parties respond and stipulate as follows:

1.      The parties acknowledge this Court's Order that Respondents are enjoined from removing or transferring Petitioner from the Eastern District of Pennsylvania, however, Petitioner was moved from the Federal Detention Center in the Eastern of District of Pennsylvania to the Moshannon Valley Processing Center in the Western District of Pennsylvania on March 6, 2026 – prior to the date of this Order. The parties stipulate that, pending the Court's ruling on the pending motion and application, Petitioner will not be removed from the Commonwealth of Pennsylvania or transferred from Moshannon Valley Processing Center.

2.      To expeditiously resolve the petition, the parties hereby stipulate and agree to waive oral argument and respectfully request that the petition for a writ of habeas corpus be decided on the papers at the Court's earliest convenience.

1

Accordingly, it is hereby ORDERED:

The Court will decide the petition on the papers.

Dated:  March 11, 2026                              Respectfully submitted,

                                                    DAVID METCALF
                                                    United States Attorney

/s/ Lauren Amjed                                    /s/ Neelima Vanguri
LAUREN AMJED, ESQ.                                  NEELIMA VANGURI
Sweet & Paciorek LLC                                Assistant United States Attorney
PO Box 1216                                         Eastern District of Pennsylvania
Suite 1500                                          615 Chestnut Street, Suite 1250
Avondale, PA 19311                                  Philadelphia, PA 19106
Phone: (215) 686-4814                               Phone:   (215) 861-8200
Email: Lauren@sweetpaciorek.com                     Email:   neelima.vanguri@usdoj.gov

*Counsel for Petitioner*                            *Counsel for Respondents*

                                                    BY THE COURT

Dated:   March 13, 2026                               /s/ Hon. Kelley B. Hodge
                                                    KELLEY BRISBON HODGE
                                                    United States District Court Judge

2