# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORGE MATA MERCADO,<br>              Petitioner,<br><br>        v.<br><br>J.L. JAMISON, JOHN RIFE, TODD LYONS, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY, PAMELA BONDI,<br>              Respondents. | CIVIL ACTION<br><br><br><br>NO.  26-1455 |

**O R D E R**

**AND NOW**, this 4th day of June, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) and Motion for Temporary Restraining Order (ECF No. 2), it is hereby **ORDERED** that the Government shall respond to Petitioner's request for costs and reasonable attorneys' fees, as provided for by the Equal Access to Justice Act under 5 U.S.C. § 504 and 28 U.S.C. § 2412, on or before **June 11, 2026.**

BY THE COURT:

/s/ Hon. Kelley B. Hodge

HODGE, KELLEY B., J.